STATE v. WOODS

No. 38 PC.

Case below: 26 N.C. App. 584.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 October 1975.

STEVENS v. STEVENS

No. 18 PC.

Case below: 26 N.C. App. 509.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

WILLIS v. POWER CO.

No. 42 PC.

Case below: 26 N.C. App. 598.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 7 October 1975.